UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KING MOUNTAIN TOBACCO COMPANY, INC.; CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, | ) ) ) ) | NO.  CV-11-3018-LRS |
| Plaintiffs, | ) ) | ORDER RE STIPULATED MOTION FOR ENTRY OF A PROTECTIVE  ORDER |
| -vs- | ) ) | |
| ROBERT McKENNA, ATTORNEY GENERAL OF THE STATE OF WASHINGTON, | ) ) ) | |
| Defendant. | ) ) | |

BEFORE THE COURT is the parties' Stipulated Motion For Entry Of Stipulated Protective Order (ECF No. 47).

The court has developed concerns about entering blanket protective orders, specifically as they may result in the sealing of materials which do not justify that protection.  As the court was not involved in the formulation of the proposed stipulated protective order filed December 21, 2011, it declines to be a party to it, although the parties may otherwise consent to be bound by its terms.  Should a dispute arise concerning the confidentiality of a specific document or matter, the parties may move for a protective order concerning the same.

The parties' "Motion For Entry Of Stipulated A Protective Order"

ORDER - 1

1   (ECF No. 47) is **DENIED.**

2      The District Court Executive is directed to file this Order and

3   provide copies to counsel.

4      **DATED** this 3rd day of January, 2012.

5                                              *s/Lonny R. Suko*

6

7      _____
                              LONNY R. SUKO
8                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2