AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KING MOUNTAIN TOBACCO COMPANY, INC.;
CONFEDERATED TRIBES AND BANDS OF THE
YAKAMA NATION,

        Plaintiffs,

        v.

ROBERT McKENNA, ATTORNEY GENERAL OF THE
STATE OF WASHINGTON,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3018-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Re Summary Judgment Motions entered on April 5, 2013, ECF No. 159.

4/5/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas